# UNITED STATES DISTRICT COURT

__EASTERN__ District of __CALIFORNIA__

HOLLY SHANKLAND
　　　　Plaintiff (s),
V.
FCA US LLC
　　　　Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:22-CV-00518-JAM-AC

Notice is hereby given that, subject to approval by the court, __FCA US, LLC__ (Party (s) Name) substitutes __Spencer P. Hugret__ (Name of New Attorney), State Bar No. __240424__ as counsel of record in place of __Michael B. Sachs__ (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

　　Firm Name:　　Gordon Rees Scully Mansuhani
　　Address:　　275 Battery Street, Suite 2000, San Francisco, CA 94111
　　Telephone:　　(415) 986-5900　　Facsimile　(415) 986-8054
　　E-Mail (Optional):　shugret@grsm.com

I consent to the above substitution.
Date: May 18, 2022

James Sheridan, Esq., Sr. Staff Counsel
*(Signature of Party (s))*

I consent to being substituted.
Date: May 18, 2022

Michael B. Sachs, Esq.
*(Signature of Former Attorney (s))*

I consent to the above substitution.
Date: ~~May , 2022~~ August 5, 2022

*(Signature of New Attorney)*

The substitution of attorney is hereby approved and so ORDERED.

Date: August 9, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]