# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY SHANKLAND,<br><br>Plaintiff(s)<br><br>vs.<br><br>FCA US LLC,<br><br>Defendant(s). | Case No. 2:22-cv-00518-JAM-AC<br><br>Judge John A. Mendez<br>Magistrate Judge Allison Claire<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL DATES AND RELATED DEADLINES**<br><br>Complaint Filed:  March 21, 2022<br>Trial Date:  November 27, 2023 |

# ORDER

The Court, having considered the Joint Stipulation to Continue Trial Dates and Related Deadlines, filed by the Parties, and upon finding that good cause exists, hereby ORDERS as follows:

1. The Joint Stipulation to Continue the Pretrial Conference and Trial and all related deadlines, including motions, and requests therein is **GRANTED**;
2. The Trial currently set for November 27, 2023 is hereby **VACATED**, as are all related deadlines;
3. Trial and related dates are continued as follows:

| Event | Current Date | New Date | Court Order |
|---|---|---|---|
| Jury Trial | 11/27/2023 | ~~03/25/2024~~ | **4/8/2024 at 9:00 AM** |
| Pretrial Conference | 10/6/2023 | ~~02/02/2024~~ | **2/23/2024 at 11:00 AM** |
| Hearing on Dispositive Motions | 08/22/2023 | ~~12/19/2023~~ | **12/12/2023 at 1:30 PM** |
| L/D to File Dispositive Motions | 06/23/2023 | 10/27/2023 | **10/27/2023** |
| All Discovery Cut-Off | 05/12/2023 | 09/15/2023 | **09/15/2023** |

| | | | |
|---|---|---|---|
| Joint Mid-Litigation Discovery Report | 04/28/2023 | 09/01/2023 | **09/01/2023** |
| Supplemental Expert Disclosures | 03/24/2023 | 07/21/2023 | **07/21/2023** |
| Initial Expert Disclosures | 03/10/2023 | 07/07/2023 | **07/07/2023** |

IT IS SO ORDERED.

DATED: March 8, 2023            /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE