Tionna Dolin (SBN: 299010)
tdolin@slpattorney.com
Daniel Law (SBN:308855)
dlaw@slpattorney.com
Elizabeth A. LaRocque (SBN: 219977)
elarocque@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Tel: (310)929-4900
Fax: (310)943-3838
Attorneys For Plaintiff
HOLLY SHANKLAND

Spencer P. Hugret (SBN: 240424)
shugret@grsm.com
Jeanette C. Suarez (SBN: 255141)
Jsuarez@grsm.com
Jeffery Fadeff (SBN: 111497)
jfadeff@grsm.com
Nejla Nassirian (SBN: 308730)
nnassirian@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415)875-3193
Facsimile: (415) 986-8054
Attorneys for Defendant
FCA US LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY SHANKLAND,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:22-cv-00518-JAM-AC<br><br>Judge: Hon. John A. Mendez<br>Magistrate Judge: Allison Claire<br><br>**ORDER ON SECOND STIPULATION TO CONTINUE TRIAL DATE AND RELATED DATES**<br><br>Complaint Filed: March 21, 2022<br>Trial Date: March 25, 2024 |

1

## ORDER MODIFYING PRETRIAL SCHEDULING ORDER

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order, is **MODIFIED** as follows:

| Event | New Deadline |
|---|---|
| All Discovery Cut-Off | **12/15/2023** |
| Initial Expert Disclosures | **10/06/2023** |
| Supplemental Expert Disclosures | **10/20/2023** |
| Last Date to File Dispositive Motions | **01/26/2024** |
| Joint Mid-Litigation Statement Filing Deadline | Fourteen (14) days prior to the close of discovery |
| Hearing on Dispositive Motions | **04/09/2024, at 1:30 p.m.**[1] |
| Final Pretrial Conference | **06/07/2024, at 10:00 a.m.** |
| Jury Trial | **07/29/2024, at 9:00 a.m.** |

Counsel **SHALL** contact Judge Mendez' courtroom deputy, M York, via e-mail at myork@caed.uscourts.gov, prior to filing a stipulation and proposed order to continue the dates set forth in this order.

**IT IS SO ORDERED**.

Dated: July 06, 2023         /s/ John A. Mendez
                             THE HONORABLE JOHN A. MENDEZ
                             SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Calendars are subject to last minute changes. Contact the Courtroom Deputy for available dates.