# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY SHANKLAND,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FCA US, LLC,<br><br>　　　　Defendant. | Case No. 2:22-cv-00518-JAM-AC<br><br>District Judge: John A. Mendez<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff HOLLY SHANKLAND ("Plaintiff") accepted FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on November 29, 2023.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of **$72,576.48** pursuant to the terms of the Rule 68 Offer.

The 06/07/2024 Final Pretrial Conference and the 07/29/2024 Jury Trial are hereby **VACATED**.

The Clerk of Court is **DIRECTED** to close this case.

IT IS SO ORDERED.

Dated: January 24, 2024　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE