# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY SHANKLAND,<br><br>    Plaintiff,<br><br>v.<br><br>FCA US LLC,<br><br>    Defendant. | Case No. 2:22-cv-00518-JAM-AC<br><br>**ORDER GRANTING STIPULATION FOR ORDER TO CONTINUE PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES AND JURISDICTION (ECF No. 30)** |

On June 25, 2024, both Parties filed a Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

The Court, having considered the Parties' Stipulation and finding good cause therefore, hereby **ORDERS** as follows:

1. The Stipulation is **GRANTED**;
2. The Court **CONTINUES** the filing deadline of Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses from June 24, 2024, to **July 24, 2024**; and
3. The Court retains Jurisdiction over the action until Plaintiff's fees, costs, and expenses are decided and funding satisfied.

IT IS SO ORDERED.

Dated: June 27, 2024         /s/ John A. Mendez
                             THE HONORABLE JOHN A. MENDEZ
                             SENIOR UNITED STATES DISTRICT JUDGE