UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY SHANKLAND,<br><br>         Plaintiff,<br><br>    v.<br><br>FCA, US, LLC; and DOES 1 through 10, inclusive,<br><br>         Defendants. | No.  2:22-cv-00518-JAM-AC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS AND EXPENSES** |

    Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses ("Motion"), ECF No. 33, was filed by Plaintiff on July 24, 2024. The Motion was unopposed.  After considering the papers submitted in support of the Motion, and good cause appearing,

    IT IS ORDERED that Plaintiff's Motion be granted, and attorneys' fees in the total amount of $13,300 are hereby awarded and payable to Plaintiff's counsel, Strategic Legal Practices, APC, and California Consumer Attorneys, P.C., within 60 days of this order.

    Plaintiff's request for a lodestar multiplier is DENIED. Plaintiff's unopposed Bill of Costs, ECF No. 32, will be separately approved by the Clerk of the Court.  Plaintiff's

1

request for fees in responding to any opposition to this Motion is DENIED.

    IT IS SO ORDERED.

Dated: September 16, 2024

_____
JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE