Tionna Carvalho (SBN 292010)
tcarvalho@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC.**
1888 Century Park East, Floor 19
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorney for Plaintiff,
HOLLY SHANKLAND

SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
JEFFERY FADEFF (SBN: 111497)
jfadeff@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant,
FCA US, LLC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY SHANKLAND, <br><br> Plaintiff, <br><br> vs. <br><br> FCA US, LLC.; and DOES 1 through 10 inclusive, <br><br> Defendant. | Case No. 2:22-cv-00518-JAM-AC <br><br> **STIPULATION REGARDING PLAINTIFF'S FEES, COSTS AND EXPENSES AND REQUEST FOR ENTRY OF ORDER** |

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This Stipulation is entered into by and between Plaintiff HOLLY SHANKLAND ("Plaintiff") and Defendant, FCA US, LLC. ("Defendant"), through their respective counsel of record.

WHEREAS, Plaintiff HOLLY SHANKLAND accepted Defendant FCA US, LLC.'s Offer of Judgment Pursuant to Fed. R. Civ. P. 68 November 29, 2023.

WHEREAS, on July 24, 2024, Plaintiff filed his Fee Motion and Bill of Costs.

WHEREAS, the counsel for the parties have met and conferred and have reached an agreement, in lieu of proceeding with Plaintiff's Motion for Attorneys' fees, costs, and expenses, Defendant FCA US, LLC., is to pay fees, costs, and expenses in this matter for the sum of $14,000.00. Such funding shall be satisfied by December 11, 2024. After satisfaction of payment, Plaintiff will dismiss this case with prejudice within 10 business days against all parties. Accordingly, Plaintiff hereby withdraws their Fee Motion and Bills of Costs.

Parties hereby apply for the entry of Order in the amount of $14,000.00 for Plaintiff's Attorneys' Fees, Costs, and Expenses as outlined in this Stipulation.

**IT IS SO STIPULATED.**

Dated: September 17, 2024         **STRATEGIC LEGAL PRACTICES, APC**

/s/ Tionna Carvalho
Tionna Carvalho
Attorney for Plaintiff,
HOLLY SHANKLAND

Dated: September 17, 2024         **GORDON REES SCULLY MANSUKHANI, LLP**

/s/ Jeffery Fadeff
Jeffery Fadeff
Attorney for Defendant,
FCA US, LLC.

All signatories listed, and on whose behalf this filing is submitted, attest to their electronic signatures and concur and authorize consent to the filing of this instant stipulation regarding Plaintiff's attorneys' fees, costs, and expenses.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOLLY SHANKLAND,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FCA US, LLC,<br><br>　　　　Defendant. | Case No. 2:22-cv-00518-JAM-AC<br><br>Hon. John A. Mendez<br><br>**ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Plaintiff HOLLY SHANKLAND ("Plaintiff") and Defendant FCA US, LLC. have agreed FCA US, LLC. will pay $14,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

　　Accordingly, the Court hereby enters an ORDER for **Defendant FCA US, LLC to PAY** Plaintiff **$14,000.00** to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiff **by December 11, 2024**. Plaintiff's Fee Motion and Bill of Costs are thereby **WITHDRAWN** and **VACATED**. After satisfaction of payment, Plaintiff will dismiss this case with prejudice within ten (10) business days against all parties.

　　**IT IS SO ORDERED.**

Dated: September 30, 2024　　/s/ John A. Mendez
　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE