UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY SHANKLAND,<br><br>      Plaintiff,<br><br>    v.<br><br>FCA US, LLC,<br><br>      Defendant. | Case No.: 2:22-cv-00518-JAM-AC<br><br>Hon. John A. Mendez<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL** |

### ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL

Upon the Request of the Plaintiff to dismiss this case in light of settlement of damages and attorneys' fees, costs, and expenses, and satisfied funding of such:

It is hereby **ORDERED** that this matter is **DISMISSED WITH PREJUDICE**.

Dated: October 27, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE